Jennebah S. VILLE, Plaintiff—Appellant,

v.

UNITED AIR LINES, INCORPORATED, Dulles Airport Virginia, Defendant—Appellee.

No. 08–1744.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 15, 2008.

Jennebah S. Ville, Appellant Pro Se. Eric J. Janson, Michael Andrew Viccora, Seyfarth & Shaw, LLP, Washington, D.C., for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

PER CURIAM:

Jennebah S. Ville appeals the district court's order granting summary judgment in favor of the Defendant, and dismissing with prejudice Ville's 42 U.S.C. §§ 2000e—2000e–17 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ville v. United Air Lines, Inc.,* No. 1:07–00900–TSE–TCB (E.D. Va. filed June 23, 2008;

entered June 24, 2008). We deny Ville's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*